959 A.2d 908

**Ricardo B. RODRIGUEZ, Petitioner**

v.

**COMMONWEALTH of PENNSYLVANIA, PA. BOARD OF PROBATION AND PAROLE, Respondent.**

**No. 120 EM 2008.**

Supreme Court of Pennsylvania.

Nov. 3, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of November, 2008, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Petitioner is directed to file his Petition for Allowance of Appeal within thirty days of the entry of this order.